IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TAYLOR,

      Plaintiff,                      No. 2:12-cv-01230 DAD P

    vs.

WURTH, et al.,

      Defendants.           <u>ORDER</u>

                             /

        Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. On March 28, 2013, the court granted plaintiff's application to proceed in forma pauperis and determined that plaintiff's complaint stated a cognizable Eighth Amendment medical care claim as to defendants Wurth, Doud and Guvedo. (Doc. No. 6.) Plaintiff was ordered to submit documents for service on defendants, including four copies of his complaint filed on May 8, 2012. On April 18, 2013, the court granted plaintiff additional time to submit the four copies of his complaint. On May 10, 2013, plaintiff submitted the four copies; however, the copies of the complaint provided by plaintiff at that time differ from the complaint filed that was filed in this action. The court will therefore direct the Clerk of the Court to provide plaintiff with an endorsed copy of his May 8, 2012 complaint and order plaintiff to submit four copies of the complaint as filed and the attached Notice of Submission of Documents. Plaintiff is

1

cautioned that the copies must be exact copies of the endorsed complaint that was filed with this court.  Additional pages may not be added or deleted, and the pages may not be rearranged.  This is because the copies of the complaint that are served on the defendants must be an exact copy of the complaint filed in this action and screened by the court.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within thirty days from the service of this order, plaintiff shall submit to the court the Notice of Submission of Documents and four copies of the endorsed complaint;

        2. The Clerk of the Court is directed to provide plaintiff with an endorsed copy of his May 8, 2012 complaint; and

        3. Plaintiff's failure to comply with this order will result in the dismissal of this action.

DATED: May 20, 2013.

                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:4
tay1230.submcompl

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TAYLOR,

      Plaintiff,                    No. 2:12-cv-01230 DAD P

   vs.

WURTH, et al.,                     NOTICE OF SUBMISSION

      Defendants.              OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     ____ [#] true and exact copies of the complaint filed May 8, 2012.

DATED: _____.

                                                                                 _____
                                                                                   Plaintiff