UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAYLOR, | No. 2:12-cv-01230 DAD P |
| Plaintiff, | |
| v. | ORDER |
| WURTH, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On July 2, 2013, the court ordered the United States Marshal to serve the complaint on defendants. However, process directed to defendant Doud was returned unserved reportedly because defendant "is no longer a CDCR employee" and it is believed that she has moved out of state. Therefore, plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, California Government Code § 6250, et seq., or through other means available to plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed May 8, 2012;

/////

1


    2.  Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a.  One completed USM-285 form for defendant Doud;

    b.  Two copies of the endorsed complaint filed May 8, 2012; and

    c.  One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated:  August 14, 2013

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mp; tayl1230.8e

1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   ROBERT TAYLOR,                            No.  2:12-cv-01230 DAD P
12              Plaintiff,
13         v.                                  NOTICE OF SUBMISSION OF
                                               DOCUMENTS
14   WURTH, et al.,
15              Defendants.
16
17         Plaintiff hereby submits the following documents in compliance with the court's order
18   filed _____ :
19         ____        completed summons form
20         __1__       completed USM-285 forms
21         __2__       copies of the ____May 8, 2012_____
22                                   Complaint
23   DATED:
24
25
26
27                                                  _____
28                                                  Plaintiff

3