UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAYLOR,<br><br>            Plaintiff,<br><br>     v.<br><br>WURTH, et al.,<br><br>            Defendants. | No.  2:12-cv-01230 DAD P<br><br><br><br>ORDER |

By an order filed August 15, 2013, this court ordered plaintiff to complete and return to the court, within sixty days, a new USM-285 form necessary to effect service on defendant Doud.[1]  That sixty day period has since passed, and plaintiff has not responded in any way to the court's order.  Accordingly, IT IS HEREBY ORDERED that defendant Doud is dismissed from this action without prejudice.  See Fed. R. Civ. P. 41(b).

Dated: October 21, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
tay1230.fusm

---

[1] The USM-285 form initially submitted by plaintiff to serve defendant Doud was returned unexecuted on August 7, 2013, with a notation by the U.S. Marshal that defendant Doud is no longer a California Department of Corrections and Rehabilitation employee and is believed to have moved out of the state of California. (ECF No. 19.)

1